FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> Sergio Saldivar-Gutierrez <br>     Defendant. | Case No.: 2:22-cr-341-JFW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **non compliance with conditions of supervised release,**

<u>history of non compliance with probation/parole in other cases, and insufficient sureties to assure appearance in court</u>

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>n/a</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: <u>7/11/23</u>

*(signature)*
UNITED STATES MAGISTRATE JUDGE
**BRIANNA FULLER MIRCHEFF**